**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

IGNACIO VELASQUEZ VELASQUEZ,

Petitioner,

v.

CHRISTOPHER CHESTNUT, et al.,

Respondents.

No. 1:26-cv-05231-JLT-EPG

A-Number: 216-402-689

ORDER REQUIRING SUPPLEMENTAL BRIEFING REGARDING DETENTION AUTHORITY PURSUANT TO 8 U.S.C. § 1226(c)(1)(A)

Ignacio Velasquez Velasquez is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. 1.) On August 8, 2026, Respondents supplemented the record per the Court's request and provided Petitioner's Form I-213 as well as his FBI "RAP" Sheet. (Doc. 11.) According to Petitioner's FBI "RAP" sheet, Petitioner was arrested and charged with the following crimes on May 27, 2025: tampering with or fabricating physical evidence in violation of Fla. Stat. 918.13 and possession of a controlled substance without a valid prescription in violation of Fla. Stat. 893.13(6)(a). (Doc. 11 at 8.) The status of these charges remains unclear from the current record.

Though Respondents' position is that Petitioner is subject to mandatory immigration detention under 8 U.S.C. § 1225(b), the Court finds that its analysis would benefit from additional briefing as to the current status of the pending charges and, if applicable, to an alternative

detention authority pursuant 8 U.S.C. § 1226(c)(1)(A).[1] Thus, **within 7 days of the date of this order:**

1. Respondents shall provide the Court with an update on the status of Petitioner's pending criminal charges including whether such charges remain active;
2. In the event Petitioner has been convicted of and/or plead guilty to any of the above-mentioned crimes, Respondents file a supplemental brief detailing whether Petitioner is subject to mandatory detention pursuant to 8 U.S.C. § 1226(c)(1)(A);
3. Within seven days of Respondents filing, Petitioner may file a response.

IT IS SO ORDERED.

Dated: _August 11, 2026_

UNITED STATES DISTRICT JUDGE

[1] Section 1226(c)(1)(A) mandates detention for "any alien who—is inadmissible by reason of having committed any offense covered in Section 1182(a)(2) of this title." 8 U.S.C. § 1226(c)(1)(A). Section 1182(a)(2) applies to "any alien convicted of, or who admits having committed, or who admits committing acts which constitute the essential elements of" any crime involving "a violation of ... any law or regulation of a State, the United States, or a foreign country relating to a controlled substance (as defined in section 802 of Title 21)." 8 U.S.C. § 1182(a)(2)(A)(i)(II).